*If this opinion indicates that it is "FOR PUBLICATION," it is subject to revision until final publication in the Michigan Appeals Reports.*

# STATE OF MICHIGAN

# COURT OF APPEALS

MICHAEL BUSUITO, ANIL KUMAR, SANDRA HUGHES O'BRIEN, and DANA THOMPSON,

Plaintiffs-Appellants,

v

BRYAN C. BARNHILL, II, MARK GAFFNEY, MARILYN KELLY, KIM TRENT, M. ROY WILSON, WAYNE STATE UNIVERSITY, and WAYNE STATE UNIVERSITY BOARD OF GOVERNORS,

Defendants-Appellees.

FOR PUBLICATION
May 27, 2021

No. 353424
Court of Claims
LC No. 19-000111-MZ

Before: JANSEN, P.J., and RONAYNE KRAUSE and GADOLA, JJ.

RONAYNE KRAUSE, J. (*concurring*).

I concur in result only.

/s/ Amy Ronayne Krause

-1-